IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GARFIELD REFINING LLC<br>810 East Cayuga Street<br>Philadelphia, PA 19125<br>　　　　　　　Plaintiff,<br>　　　v.<br><br>HARTFORD INSURANCE COMPANY,<br>One Hartford Plaza<br>Hartford, CT 06115<br>　　　and<br><br>FEDERAL INSURANCE COMPANY<br>55 Water Street<br>New York, NY 10041<br>　　　and<br><br>CHUBB & SONS, INC.<br>100 William Street<br>New York, NY 10038<br><br>　　　　　　　Defendants. | : : : : : : : : : : : : : : : : : : : : : | CIVIL ACTION NO.: 2:22-cv-4559-MSG |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

　　Please take notice that pursuant to FRCP 41, Plaintiff Garfield Refining LLC hereby voluntarily dismisses the above captioned matter without prejudice.

　　　　　　　　　　　　　　　　　　　　　**OFFIT KURMAN**
　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

　　　　　　　　　　　　　　　　　　　　　/s/Michael Conley_____
　　　　　　　　　　　　　　　　　　　　　Michael Conley, Esq - Bar ID 54142
　　　　　　　　　　　　　　　　　　　　　1801 Market Street, Suite 2300
　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19103
　　　　　　　　　　　　　　　　　　　　　(267) 338-1317
Dated: May 17, 2023　　　　　　　　　　　mconley@offitkurman.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Notice of Voluntary Dismissal has been served on all parties via email to counsel and regular mail.

**OFFIT KURMAN, P.A.**

Dated: May 17, 2023

/s/ Michael Conley_____
Michael Conley, Esq.